EDWARD A. TREDER (BAR NO. 116307)
**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Telephone: (626) 915-5714
Facsimile: (626) 915-0289
edwardt@bdfgroup.com

Attorneys for Defendant
NDEX WEST, LLC

JOHN C. GRAY (BAR NO. 267686)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jcgray@fulbright.com

Request For Substitution Of Attorney To Be Filed

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LONNIE G. SCHMIDT, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NA; NDEX WEST, LLC; and DOES 1 – 25, inclusive, <br><br> Defendants. | Case No.: 3:13-cv-01509-WHA <br><br> **NOTICE OF JOINDER AND JOINDER OF DEFENDANT NDEX WEST, LLC IN DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE COMPLAINT** <br><br> Date: June 20, 2013 <br> Time: 8:00 a.m. <br> Courtroom: 8 (19th Floor) <br><br><br> Assigned to the Honorable William H. Alsup |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

57118477.1
- 1 -

PLEASE TAKE NOTICE that, on June 20, 2013, at 8:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at the Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102, defendant NDeX West, LLC ("NDeX") will, and hereby does, join in Defendant Wells Fargo's Notice Of Motion And Motion To Dismiss The Complaint (Docket Nos. 6, 11, 17) (the "Wells Fargo Motion"); the Request For Judicial Notice In Support Of Defendant Wells Fargo's Motion To Dismiss The Complaint (Docket No. 7); and all documents filed or referenced in support thereof.

This joinder will be and is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the same grounds identified in the Wells Fargo Motion, which apply equally to NDeX. Accordingly, for all the reasons stated in the Wells Fargo Motion, NDeX respectfully joins in the request that the Court issue an order dismissing each and every of Plaintiff's purported causes of action because Plaintiff has failed to state a claim upon which relief can be granted.

Dated: May 8, 2013

EDWARD A. TREDER
**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

By s/ Edward A. Treder
EDWARD A. TREDER
Attorneys for Defendant
NDEX WEST, LLC