IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONNIE G. SCHMIDT,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., NDEx WEST, LLC, and DOES 1–25, inclusive,

    Defendants.

            /

No. C 13-01509 WHA

**ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS**

On April 12, 2013, defendant Wells Fargo Bank, N.A., filed a motion to dismiss. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due by April 29. None was received. On April 19, the action was reassigned to the undersigned judge. Defendant has renoticed the motion for hearing on June 20. Accordingly, the following briefing schedule is hereby set: plaintiffs' response to the motion to dismiss is due by **NOON ON MAY 30.** The reply is due **NOON ON JUNE 6.**

For the benefit of plaintiff, who is proceeding pro se, the parties are on notice that failure to timely respond to the motion to dismiss may result in the motion being granted or the action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 20, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE