IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONNIE G. SCHMIDT,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., NDEx WEST, LLC, and DOES 1–25, inclusive,

    Defendants.

No. C 13-01509 WHA

**ORDER TO SHOW CAUSE**

On April 12, 2013, defendant Wells Fargo Bank, N.A., filed a motion to dismiss. As plaintiff's opposition or statement of non-opposition was not timely filed, an order issued setting a briefing schedule and warning the parties that failure to timely respond to the motion could result in the motion being granted or the action dismissed. The deadline set by the order has come and gone, and no response from plaintiff has been received.

Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion to dismiss should not be granted. Plaintiff's response is due by **NOON ON JUNE 10**. Plaintiff is hereby warned a second time that failure to timely respond may result in the motion to dismiss being granted or the action being dismissed for failure to prosecute. The hearing scheduled for June 20 shall remain on calendar.

**IT IS SO ORDERED.**

Dated: May 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE