IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONNIE G. SCHMIDT,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., NDEx WEST, LLC, and DOES 1–25, inclusive,

    Defendants.

No. C 13-01509 WHA

**ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

Defendant Wells Fargo has requested judicial notice to be taken of the (1) June 21 order granting defendant's motion to dismiss the instant case, (2) July 18 order dismissing the instant case for failure to prosecute, (3) judgment entered in the instant case on July 18, 2013, (4) adjustable rate mortgage note dated July 6, 2007 and signed by borrowers Todd Price and Jody L. Price, (5) deed of trust dated July 6, 2007, on file with the Napa County Recorder's Office as document number 2007-0023072, and (6) default judgment against Practical Asset Management and Lonnie G. Schmidt filed on March 8, 2011 with the Superior Court of the State of California in *Wells Fargo Bank, etc., v. Practical Asset Management, etc., et al.,* Case No. 110CV178535.

Pursuant to Federal Rule of Evidence 201(b), defendant's request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE