IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE G. SCHMIDT,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., NDEx WEST, L.L.C.,<br><br>    Defendants.<br>                                     / | No. C 13-01509 WHA<br><br>**ORDER TO SUBMIT OPPOSITION** |

      Defendant Wells Fargo filed a motion for an award of attorney's fees on August 1, 2013. According to Local Rule 7–3, plaintiff was required to file the opposition or statement of non-opposition within 14 days. That filing deadline has long passed. To allow a further chance, plaintiff must file a response or a statement of non-opposition by **SEPTEMBER 27, 2013, AT NOON**.

      **IT IS SO ORDERED.**

Dated: September 26, 2013.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE